**Gregory A. SCHER, et al.,**
**Plaintiffs–Appellants,**

v.

**John & Jane DOES 1–99, et al.,**
**Defendants–Respondents.**

No. 56827.

Missouri Court of Appeals,
Eastern District,
Division One.

May 22, 1990.

Gregory A. Scher, Farmington, for plaintiffs-appellants.

### ORDER

PER CURIAM.

Plaintiffs appeal from the denial of their petition for failure to state a cause of action upon which relief can be granted. No error of law appears, and an extended opinion would have no precedential value. We therefore affirm pursuant to Rule 84.16(b).